[L. A. No. 19186. In Bank. June 3, 1949.]

CITY OF PASADENA, Plaintiff and Respondent, v. CITY OF ALHAMBRA et al., Defendants and Respondents; DIVISION OF WATER RESOURCES, Referee and Respondent; CALIFORNIA-MICHIGAN LAND AND WATER COMPANY (a Corporation), Appellant.

Goodspeed, McGuire, Harris & Pfaff, Paul Vallée, Richard C. Goodspeed and J. Donald McGuire for Appellant.

A. E. Chandler, Special Counsel, Harold P. Huls, H. Burton Noble, City Attorneys (Pasadena), C. C. Carlton, Spencer Burroughs, Henry Holsinger, James C. Bone, T. Guy Cornyn, City Attorneys (Arcadia), Gerald E. Kerrin, Robert E. Moore, Jr., Hahn & Hahn, Edwin F. Hahn, Potter & Potter, Bernard Potter, Sr., Merriam, Rinehart & Merriam, Ralph T. Merriam, Laurence B. Martin, Frederick G. Stoehr, Emmett A. Tompkins, City Attorney (Alhambra), Kenneth K. Wright, Special Counsel, Paul F. Garber, City Attorney (Monrovia) Walter F. Dunn, Thomas Reynolds, City Attorneys (Sierra Madre), Anderson & Anderson, Trent G. Anderson, John C. Packard, Bacigalupi, Elkus & Salinger, Claude Rosenberg, Derthick, Cusack & Ganahl, W. J. Cusack, Wilton W. Webster, Dunn & Sturgeon, Walter F. Dunn, Chandler & Wright, Howard Wright, Bailie, Turner & Lake, Norman A. Bailie, Cruickshank, Brooke & Dunlap, Boyle & Holmes, John W. Holmes, Frank P. Doherty, Gibson, Dunn & Crutcher, Ira C. Powers, Harold W. Kennedy, County Counsel (Los Angeles), and S. V. O. Prichard, Assistant County Counsel, for Respondents.

Martin J. Weil, Wm. J. De Martini, J. A. McNair, J. Arthur Tucker, W. F. Kiessig, Harrison Guio, L. A. Gibbons, Jerry H. Powell, Douglas C. Gregg, Lawler, Felix & Hall and Pillsbury, Madison & Sutro as Amici Curiae on behalf of Respondents.

THE COURT.—The Division of Water Resources of the Department of Public Works was appointed as referee in an action to determine ground water rights, and defendant California-Michigan Land & Water Company has appealed from two orders which fixed and allocated the expenses of the reference among the parties to the action. No objection is raised as to the method or amounts of the allocation, but it is contended that the reference procedure was improper and invalid for a number of reasons. The same contentions were made in the companion case of *City of Pasadena* v. *City of Alhambra, ante,* page 908 [207 P.2d 17], and were determined adversely to appellant.

The orders appealed from are affirmed.

Appellant's petition for a rehearing was denied June 27, 1949. Carter, J., and Schauer, J., voted for a rehearing.